Allyson K. Duncan
United States Court of Appeals
234A Terry Sanford Federal Building
310 New Bern Avenue
Raleigh, NC 27601

September 23, 2004

RECEIVED
2004 SEP 29 A 11: 20
FINANCIAL DISCLOSURE OFFICE

Ms. Mary M. Lisi, Chair
Judicial Conference of the United States
 Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Ms. Lisi:

Enclosed herewith please find your letter dated August 9, 2004 regarding the 2003 Financial Disclosure Report for the year ended December 31, 2003. My nomination report dated June 11, 2003 reflected financial activities from January 1, 2002 through April 1, 2003. Therefore, in order to properly trace these transactions, my 2003 disclosure reporting box 6 on page 1 should actually reflect a reporting period of April 1, 2003 through December 31, 2003, rather than the calendar year 2003. Required responses/changes to my disclosure reports are as follows:

Nomination report, Part VII;
Line 3 Kaufman Mutual Fund was inadvertently listed but was sold in 1997 and should be deleted from the nomination report.
Line 17 American Century Ultra was listed twice. Therefore, line 17 should be deleted. It was also listed on line 2 and will remain there.
Line 2 American Century Ultra column B(1) should be changed to A.

Disclosure report for 2003, Part VII;
Add on line 31, (A) Monetta Mutual Fund, B(1) isA, B(2) isDividend, D(1) is sell, D(2) is 5/15, D(3) is J, and D(4) is A.
Add on line32, (A) Motorola Corporation, B(1) is A, B(2) is Dividend, D(1) is sell, D(2) is 4/9, D(3) is J, and D(4) is A.
Add on line 33, (A) Service Master, B(1) is A, B(2) is Dividend, D(1) is sell, D(2) is 4/8, D(3) is J, and D(4) is A.
Add on line 34, (A) Olde Money Market Fund, B(1) is A, B(2) is Dividend, D(1) is sell, D(2) is 5/18, D(3) is L, and D(4) is A.

Should you need any additional information please do not hesitate to contact me.

Sincerely,



Allyson K. Duncan

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duncan, Allyson K | U.S. Court of Appeals, 4th Cir | 5/15/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 1/1/2003<br>to<br>12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 310 New Bern Avenue, Suite 234<br><br>Raleigh, NC 27601 | Reviewing Officer_____  Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President - Elect | North Carolina Bar Association |
| 2. Non-Equity Partner | Kilpatrick Stockton, LLP |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
JUN 14 10 44 AM '04
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2003 | Royalty - West Group | 13.84 |
| 2. | 2003 | Kilpatrick Stockton, LLP | 187,399 |
| 3. | 2003 | North Carolina State Bar Association | 5,000.00 |
| 4. | 2003 | Sale of timber | 1,527.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Guardian Fund | A | Dividend | J | T | | | | | |
| 2. American Century Ultra | A | Dividend | J | T | Part sale | 4/22 | | B | |
| 3. Fidelity Gov't Res. Money Market | A | Dividend | J | T | | | | | |
| 4. Fidelity Puritan Mutual Fund | A | Dividend | K | T | Part sale | 4/22 | | C | |
| 5. Janus Mutual Fund | A | Dividend | J | T | Part sale | 4/22 | | B | |
| 6. Janus 20 Mutual Fund | A | Dividend | J | T | Part sale | 4/22 | | B | |
| 7. Wachovia - Time Deposit | A | Dividend | J | T | | | | | |
| 8. Paine Webber Cash Fund | A | Dividend | J | T | | | | | |
| 9. Vanguard 500 index Fund | A | Dividend | J | T | | | | | |
| 10. Legg Mason Mutual Fund Special Investment Trust | A | Dividend | K | T | | | | | |
| 11. AFLAC Common Stock | A | Dividend | J | T | | | | | |
| 12. Mutual Shares Mutual Fund | A | Dividend | K | T | | | | | |
| 13. Fidelity Equity Income Fund | A | Dividend | K | T | | | | | |
| 14. TWA Bond | A | Dividend | J | T | | | | | |
| 15. Lehman Bros. Bond | A | Dividend | J | T | | | | | |
| 16. US Treasury Sec. Stripped Bond | A | Dividend | J | T | | | | | |
| 17. Intel Common Stock | A | Dividend | J | T | | | | | |
| 18. North State Bank Accounts | A | Interest | M | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. EV Classic Senior Floating Rate | A | Dividend | K | T | | | | | |
| 20. State Employees Credit Union Account | A | Interest | J | T | | | | | |
| 21. Vanguard Index Fund | A | Dividend | J | T | | | | | |
| 22. Charlotte Mecklenburg NC | A | Dividend | J | T | sell | 04/03 | J | A | |
| 23. North Carolina MPA No. 1 | A | Dividend | J | T | sell | 01/15 | J | A | |
| 24. Charlotte Mecklenburg Hospital | A | Dividend | J | T | | | | | |
| 25. Vanguard Growth & Income (X) | A | Dividend | J | T | | | | | |
| 26. USB Pac International Equity Fund (X) | A | Dividend | J | T | | | | | |
| 27. Gov Securities Investment Fund | A | Dividend | L | T | | | | | |
| 28. Common Stock Index Investment Fund | A | Dividend | M | T | | | | | |
| 29. Small Capitalization Stock Index Investment Fund | A | Dividend | L | T | | | | | |
| 30. International Stock Index Investment Fund | A | Dividend | L | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Item # 7 - first Union Mutual Fund Time Deposits has changed its name to Wachovia Time Deposits

Item #22 - UBS Financial Services-Charlotte Mecklenburg NC - was inadvertantly not shown on prior report

Item #23 - Merrill Lynch-North Carolina MPA No 1 - This information came to light during the prepation of my Financial Declaration.

Item #24 - Charlotte Mecklenburg Hospital - was inadvertantly not shown on prior report

Item # 27, 28, 29 & 30 were inadvertantly omitted on previous reports.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Duncan, Allyson K | 5/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date _____6/7/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544